MATTHEW J. WEBB (State Bar No. 148228 )
LAW OFFICES OF MATTHEW J. WEBB
1382 A Street
Hayward, CA 94541
Telephone:  (510) 444-4224

Attorneys for Plaintiffs
SHARIF MOHAMMED and AMIR MOHAMMED

SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300
E-mail:       sonia.martin@dentons.com
                    mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY,
erroneously sued as NATIONWIDE INSURANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARIF MOHAMMED and AMIR MOHAMMED,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-04962-LB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY, ERRONEOUSLY SUED AS NATIONWIDE INSURANCE; AND [PROPOSED] ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Sharif Mohammed and Amir Mohammed, on the one hand, and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued as NATIONWIDE INSURANCE, on the other, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

- 1 -

Case No.: 3:14-cv-04962-LB                                                                                      STIPULATED DISMISSAL
                                                                                                                          AND [PROPOSED] ORDER

IT IS SO STIPULATED.

Dated:  September 22, 2015          LAW OFFICES OF MATTHEW J. WEBB


By _____/s/Matthew J. Webb_____
        MATTHEW J. WEBB

Attorney for Plaintiffs SHARIF MOHAMMED and AMIR MOHAMMED


Dated:  September 22, 2015          DENTONS US LLP


By _____/s/Sonia Martin_____
        SONIA MARTIN

Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued as NATIONWIDE INSURANCE

IT IS SO ORDERED.

Dated: September 24, 2015

_____
LAUREL BEELER
MAGISTRATE JUDGE

85069076